Garrett May, SBN 275909
The May Firm Injury Lawyers, Inc.
297 Santa Rosa Street
San Luis Obispo, CA 93405
Phone: (805) 980-7758
Fax:   (805) 980-7754
Email: lit@mayfirm.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE EARL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | Case No.<br><br>**COMPLAINT FOR DAMAGES** |

Plaintiff DESIREE EARL alleges as follows:

## GENERAL ALLEGATIONS

1.　Plaintiff asserts that the statutory or other basis for the exercise of jurisdiction in this United States Federal District Court is based upon 28 U.S.C. § 1346(b)(1), as a claim against the United States for money damages due to personal injury caused by the negligent or wrongful act or omission of an employee of the United States while acting within the scope of his office and employment.

///

2. This action arises out of a motor vehicle collision that occurred on northbound US 101 approximately 0.2 miles north of Santa Maria Way, on NOVEMBER 10, 2021, at approximately 2:15 p.m.

3. Plaintiff DESIREE EARL ("Earl") is, and at all relevant times herein was, a resident of the State of California.

4. Plaintiff is informed and believes that Anthony Donald Jennings ("Jennings") is, and at all relevant times herein alleged was, an agent and/or employee of the United States, working as an employee of the United State Department of Agriculture, and that the subject collision occurred while Jennings was in the course and scope of his duties as an agent and/or employee of the United States.

5. Plaintiff is informed and believes that at all times herein alleges, Jennings was an agent or employee of the United States acting within the scope and purpose of such agency or employment, and with the power and authority vested in him as an agent and employee of the United States with ratification, endorsement or approval of the the United States as to the conduct of Jennings with respect to the events and happenings alleged herein. Jennings was acting with express or implied permission or authorization of the United States, including but not limited to the use, operation and/or control of the vehicle being driven by Jennings at the time of the collision.

6. On or around June 6, 2023, Plaintiff presented the United States Department of Agriculture with her Claim for Damage, Injury or Death. The United States Department of Agriculture has acknowledged receipt of Plaintiff's claim, but has neither accepted nor rejected Plaintiff's claim.

## FIRST CLAIM FOR RELIEF
### (Negligence)

7. Plaintiff incorporates by reference the allegations in Paragraphs 1 through 9, as though fully and completely set forth herein.

///

///

8. On November 10, 2021, at about 2:15 p.m., Plaintiff was operating a 2021 Chevrolet Malibu and traveling northbound on US-101. At the same time, Jennings, while driving a 2020 Dodge Ram owned by the United States Department of Agriculture, made an unsafe and illegal turning movement. As a result, the vehicle being operated by Jennings violently struck the vehicle being operated by Plaintiff.

9. Jennings owed a duty of care to drive his vehicle in a safe, reasonable, and prudent manner, and in compliance with the applicable statutes, regulations, ordinances and laws.

10. Plaintiff is informed and believes that Jennings breached these duties by, among other conduct, failing to pay attention to the road conditions, inattentiveness, executing a turning movement before it was reasonable safe to do so, operating said vehicle at an unreasonable or excessive speed, and/or driving said vehicle in a dangerous and reckless manner.

11. Jennings knew or should have known that a breach of the duties alleged herein would result in injury, harm and damage to persons and property, including the type suffered by Plaintiff.

12. Jennings's breach of duties and violation of the various statutes alleged herein proximately caused and was a substantial factor in bringing about the injuries, harm and damages suffered by Plaintiff.

13. Jennings caused the subject collision due to his violation of California Vehicle Code §§ 21658(a) (unsafe lane change) and 22350 (unsafe speed). California Vehicle Code §§ 21658(a) and 22350 were intended and designed to prevent motor vehicle collisions and injuries that Plaintiff suffered as alleged herein. Plaintiff was a member of the class of persons for whose protection California Vehicle Code §§ 21658(a) and 22350 were adopted.

///
///
///

14. As a proximate result of Jennings' wrongful conduct, Plaintiff suffered serious injuries, all of which have caused and continue to cause her great physical, mental and emotional pain and suffering.

15. As a further proximate result of Jennings' wrongful conduct, Plaintiff has employed and continues to employ physicians and other health care providers to examine, treat and care for her, and has incurred and will continue to incur medical and incidental expenses.

16. As a further proximate result of Jennings' wrongful conduct, Plaintiff has suffered and continue to suffer a loss of earnings and earning capacity from the serious injuries that they suffered from the subject collision.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1. For general damages;
2. For special damages;
3. For costs of suit herein incurred; and
4. For such other and further relief as the court may deem proper.

Plaintiff demands a trial by jury on all claims so triable.

Dated: February 12, 2020              The May Firm Injury Lawyers, Inc.


  /S/Garrett May
GARRETT MAY
Attorney for Plaintiff

COMPLAINT FOR DAMAGES - 4